IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA                     PLAINTIFF

VS.                               CIVIL NO.: 4:15cv140-DMB-JMV

LATERRICA QUENTILLA GOOCH                     DEFENDANT

## REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

The defendant, **Laterrica Quentilla Gooch**, in the above entitled and numbered action **4:15cv140-DMB-JMV**, has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure. Therefore, you are requested to enter default against said defendant, **Laterrica Quentilla Gooch**.

This request and affidavit is sent to you in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

                                     Respectfully submitted,

                                     FELICIA C. ADAMS
                                     United States Attorney

                                     By: /s/ Feleica L. Wilson
                                     FELEICA L. WILSON (MSB# 9900)
                                     Assistant United States Attorney
                                     900 Jefferson Avenue
                                     Oxford, MS 38655
                                     Tel. (662) 234-3351
                                     Fax: (662) 234-3318
                                     Feleica.wilson@usdoj.gov

## CERTIFICATE OF SERVICE

I, **Feleica L. Wilson**, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **Request for Entry of Default**, with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

    Laterrica Quentilla Gooch
    P.O. Box 363
    Webb, MS 38966

This the 5th day of November, 2015.

                        FELEICA L. WILSON
                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

VS.                            CIVIL NO.: 4:15cv140-DMB-JMV

LATERRICA QUENTILLA GOOCH                        DEFENDANT

### AFFIDAVIT FOR DEFAULT

STATE OF MISSISSIPPI
COUNTY OF LAFAYETTE

Feleica L. Wilson, being first duly sworn, deposes and says:

That she is an Assistant United States Attorney for the Northern District of Mississippi, and in such capacity represents the plaintiff in the above-entitled and numbered action;

That on September 30, 2015, defendant, **Laterrica Quentilla Gooch**, was personally served by the United States Marshall's Service with a copy of the Summons and Complaint in the action within the Northern District of Mississippi; that said defendant has failed to appear, plead or otherwise defend herein within the time allowed, and therefore is now in default; that to her best information and belief the defendant **Laterrica Quentilla**

1

**Gooch,** is not an infant or an incompetent person, and not in the military service within the purview of the Service Member's Civil Relief Act of 2003;

That the claim of the plaintiff is that defendant, **Laterrica Quentilla Gooch,** violated the False Claims Act from on or about December 23, 2011, through on or about April 12, 2012, conspiring with other parties to submit false claims to Medicare for hospice care of patients who were not hospice appropriate; thereby receiving Medicare funds for patient referrals to which she was not entitled. The single damage amount received by **Laterrica Quentilla Gooch** was $36,000.00. However, pursuant to the False Claims Act, 31 U.S.C. § 3729, et. seq., the Plaintiff is entitled to treble damages and civil penalties of not less than $5,500.00 and not more than $11,000.00 per false claim. Consequently, the total amount of damages sought by the Plaintiff is $218,000.00 ($36,000.00 x 3 = $108,000.00; $11,000.00 x 10 = $110,000.00). That this Affidavit is made in compliance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of requesting the Clerk of the Court,

or his lawful Deputy, at this time to enter default against the defendant, **Laterrica Quentilla Gooch**.

                                                Respectfully submitted,

                                                FELICIA C. ADAMS
                                                United States Attorney

                                                By: /s/ Feleica L. Wilson
                                                FELEICA L. WILSON (MSB# 9900)
                                                Assistant United States Attorney
                                                900 Jefferson Avenue
                                                Oxford, MS 38655
                                                Tel. (662) 234-3351
                                                Fax: (662) 234-3318
                                                Feleica.wilson@usdoj.gov

     Sworn to and subscribed before me, this the 5-th day of November, 2015.

                                                /s/ Charlotte L. Rikard
                                                Notary Public

My Commission Expires:

*[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 76895, CHARLOTTE L. RIKARD, Commission Expires March 6, 2017, LAFAYETTE COUNTY]*

3